IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                                    CRIMINAL 11-0261CCC

RICARDO FERNANDEZ-RAMOS

Defendant

## ORDER

Having considered the Report and Recommendation filed on November 16, 2012 (**docket entry 66**) on a Rule 11 proceeding of defendant Ricardo Fernández-Ramos held before U.S. Magistrate Judge Bruce J. McGiverin on November 7, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since November 7, 2012. The **sentencing hearing is set for February 12, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on December 4, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge